IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD LEE MATTON,

    Petitioner,

vs.                                       Case No. 3:07cv388-RV/AK

WALTER MCNEIL,

    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 22, 2009 (Doc. 35). Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This petition for writ of habeas corpus, Doc. 1, is **DENIED**.

3. This case is **DISMISSED with prejudice.**

**DONE AND ORDERED** this 28th day of July, 2009.

                                                        /s/ *Roger Vinson*
                                                        **ROGER VINSON**
                                                        **SENIOR UNITED STATES DISTRICT JUDGE**